## GRAHAM *v*. THE STATE.

GILBERT, J. Frank Graham was convicted of the offense of murder, and was sentenced to life imprisonment in the penitentiary. His motion for a new trial, consisting of the general grounds and one special ground, was overruled and he excepted. *Held:*

1. The verdict is supported by evidence.
2. The court did not err, as contended in the special ground of the motion for a new trial, in refusing, on written request, to submit to the jury, the issue of voluntary manslaughter.

*Judgment affirmed. All the Justices concur.*

No. 9264. NOVEMBER 17, 1932.

*Clarence T. Guyton, J. W. Usher,* and *H. R. Tarver Jr.,* for plaintiff in error.

*Lawrence S. Camp, attorney-general, W. G. Neville, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.